ALY SHARAKY, Appellant, v REID PETROLEUM CORP. et al., Defendants. [886 NYS2d 64]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered September 10, 2008 in a breach of contract action. The order denied the motion of plaintiff for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.